IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HENRY NICHOLSON ,

   Appellant,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS, ETC.,

   Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4146

Opinion filed February 5, 2016.

An appeal from the Circuit Court for Madison County.
Andrew J. Decker, III, Judge.

Henry Nicholson, Pro Se, for Appellant.

Pamela Jo Bondi, Attorney General, Kenneth S. Steely, General Counsel, for Appellee.

PER CURIAM.

   AFFIRMED.

RAY, OSTERHAUS, and WINOKUR, JJ., CONCUR.